United States District Court
for the
Southern District of Florida

United States of America     )
                             )
v.                           )   Criminal Case No. 13-cr-20505
                             )
Roger Rousseau, Defendant    )

### Verdict as to Roger Rousseau

1. We, the Jury, unanimously find Roger Rousseau, as to **Count 1** of the Indictment:

   Guilty __X__     Not Guilty _____

2. We, the Jury, unanimously find Roger Rousseau, as to **Count 2** of the Indictment:

   Guilty __X__     Not Guilty _____

3. We, the Jury, unanimously find Roger Rousseau, as to **Count 3** of the Indictment:

   Guilty __X__     Not Guilty _____

**So Say We All.**

Signed at the Wilkie D. Ferguson, Jr. Federal Courthouse, at Miami, Florida, on August 24, 2015.

_____          _____#9_____
Foreperson's Signature                Foreperson's Juror Number